1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAWNDELL CUMMINGS,                      Case No.  2:25-cv-0708-JDP (P)

12                 Plaintiff,

13          v.                                 ORDER

14    ORTIZ, *et al.*,

15                 Defendants.

16

17          Plaintiff filed a complaint together with an unsigned application to proceed *in forma*

18    *pauperis*.  ECF Nos. 1 & 2.  Rule 11 of the Federal Rules of Civil Procedure requires that

19    "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record

20    in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P.

21    11(a).  Because the application to proceed *in forma pauperis* is not signed, ECF No. 2, it will be

22    disregarded.  Within thirty days, plaintiff shall submit either a signed and completed application

23    to proceed *in forma pauperis* or pay the $405 filing fee.

24          Plaintiff is cautioned that the *in forma pauperis* application form includes a section that

25    must be completed by a prison official, and the form must be accompanied by a certified copy of

26    plaintiff's prison trust account statement for the six-month period immediately preceding the

27    filing of this action.

28

Accordingly, it is hereby ORDERED that:

1. Plaintiff's unsigned application to proceed *in forma pauperis*, ECF No. 2, is DISREGARDED.

2. The Clerk of Court is directed to send plaintiff the form application for leave to proceed *in forma pauperis* used in this court.

3. Within thirty days of the date of this order, plaintiff shall submit either a signed and completed application to proceed *in forma pauperis* or pay the $405 filing fee.

4. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    March 12, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE